# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                     :   No. 439

                               :

REAPPOINTMENT TO THE MINOR   :   MAGISTERIAL RULES DOCKET
COURT RULES COMMITTEE        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 11th day of March, 2020, the Honorable Charles Hayden, Philadelphia, is hereby reappointed as a member of the Minor Court Rules Committee for a term of three years, commencing April 1, 2020.